IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KENNETH WILLIAMS,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5469

Opinion filed February 19, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Kenneth Williams, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is dismissed as untimely filed. See Fla. R. App. P. 9.141(c)(5)(A).

WOLF, ROWE, and BILBREY, JJ., CONCUR.